Exhibit A

## Office of the Law Revision Counsel
## UNITED STATES CODE

Home

- Search & Browse
- Currency and Updating
- Classification Tables
- Popular Name Tool
- Other Tables and Tools
- Understanding the Code
- Positive Law Codification
- Editorial Reclassification
- Downloads
- CONGRESS.GOV
- FDsys

FOLLOW US ON twitter

### ORGANIC LAWS IN PDF (2012)

| File | Size | Date | Time | Link |
|---|---|---|---|---|
| 1787ordinance.pdf | 31 KB | 5/13/2013 | 16:52 | [open/download] |
| confederation.pdf | 43 KB | 5/13/2013 | 16:50 | [open/download] |
| constindex.pdf | 131 KB | 5/13/2013 | 16:52 | [open/download] |
| constitution.pdf | 94 KB | 6/12/2013 | 13:04 | [open/download] |
| independence.pdf | 34 KB | 5/13/2013 | 16:51 | [open/download] |

About the Office      Privacy Policy      Sitemap

(1 the page)