Lori D. Jarvis Register Of Deeds
Berrien County, Michigan

Rec    $37.00
Remon   $4.00
Tax Crt $0.00

Recorded
October 31, 2011  09:56:50 AM
Liber 2972 Page 3027-3036
Receipt # 58165 MISC  #2011027150

Liber 2972 Page 3027

*Exhibit B*



## DEED ACCEPTANCE AND ACKNOWLEDGEMENT

Comes now, Michael Patrick and Cheryl Marie (hereon also "our", and "We"), each an immortal living Triune of Body-Mind-Spirit created of the ever-living God of Abraham, inhabitant on the Land in the Capacity as Beneficiary(ies) in Jesus CHRIST, our Redeemer, by the ever-living God, a flesh and blood sentient man and woman in lawful union of husband and wife:

Gen 2:23  And Adam said, This *is* now bone of my bones, and flesh of my flesh: she shall be called Woman, because she was taken out of Man.
Gen 2:24  Therefore shall a man leave his father and his mother, and shall cleave unto his wife: and they shall be one flesh.
Mar 10:9  Therefore, what God hath coupled together, let not man separate. [and,]

In the Name of our Redeemer, Jesus CHRIST of Nazareth, and for the Glory of and Benefice from God, and by claim of assurance in the organic trust agreement: Scriptures, filed as the non-copyrighted Gutenberg Bible called by *incun 1454.B5* at the Library of Congress, it is our express Will by Works to imply our Faith by making Claim in the certain Warranty Deed recorded at Liber 2898 Page 498, September 16, 2009 A.D., in the Berrien County Registry, and, We, acting as one lawful Body, hereby Claim and Redeem said Land by our Right as Heirs of God through Jesus CHRIST and in capacity as Director(s)/Executor(s) of the LYNCH estate as designated "MICHAEL LYNCH" within said deed as "Grantee", and, We hereby accept dominion of the Land, and accept this deed and conveyance of the land and real property in fee simple, described within the terms of the deed, with the following clarifications:

A.  It is our express Will and intent to remain without the Federal Reserve districts and cities, pursuant to remedy found at 12USC411 absent benefit, and our intent applies *nunc pro tunc* to: "for the sum of $10.00" as designated therein said deed, and,

B.  The lawful seal of Grantee is "Michael Patrick" and / or "Cheryl Marie", and, Michael Patrick and Cheryl Marie both and each execute lawful seal of Grantee as a union, or execute as one in behalf of the other, and,

We ask that the record on file in the office of Register of Deeds be updated to show this Land Claim and acceptance of said deed, and the nature and character of the Land and real property conveyed, as well as the manner of conveyance, herein according to our express Will and intent, and, We accept the sworn oaths of all lawful public officers, and bind them to their oaths, for the administration of our lawful orders and the charitable protection of our unalienable rights and property, whether real or personal, and, said lawful public officers, with published oaths, are granted immunity, and held harmless, regarding the **proper and lawful** administration of their oath-sworn duties only while acting upon our lawful orders, and, We, Michael Patrick and Cheryl Marie, forming one body, as man and wife, in Marriage, come in peace, with the intent to live in peace with our neighbors absent trespass, and, Witness our Lawful seal herein below, done upon New Buffalo township, berrien county, The State of Michigan, The United States of America, and,

*Our use of a Notary Witness in the County of Berrien for attestation and / or acknowledgement purposes does not convey jurisdiction to any foreign and / or fictional entity, or change our character or standing in Law.*

*Cheryl Marie, in behalf of Michael Patrick* (Lawful seal)        *Cheryl Marie* (Lawful seal)
Michael Patrick / Cheryl Marie                                              Cheryl Marie

*State of Michigan*
*County of Berrien*

CERTIFICATION OF ACKNOWLEDGEMENT

On this ___31st___ day of ___October___ in the year of the Reign of our Righteous King, Jesus CHRIST of Nazareth, *commonly known as* two thousand and eleven, the foregoing document was acknowledged before me by the freewill act of the living woman, Cheryl Marie, who is known to me; In Witness thereof, for Berrien county, Michigan, I, ___David J. DePeal___ hereunto set my hand and official seal:

*David J. DePeal*
DAVID J. DE PEAL, NOTARY PUBLIC - STATE OF MICHIGAN , COUNTY OF BERRIEN, Acting in the County of Berrien
My Commission Expires: ___12/31/2012___

Prepared by and return to: Cheryl Marie, Rural Route 1, New Buffalo township, The State of Michigan, The United States of America.
abutting: 19409 West US Highway 12, New Buffalo, Michigan 49117



*Certificate of Magistrate*

STATE OF MICHIGAN ) SS
COUNTY OF BERRIEN )

I, M. LOUISE STINE, Clerk of the County of Berrien and also Clerk of the Circuit Court for said County the same being a Court of RECORD.

DO HEREBY CERTIFY, that _____ DAVID J. DEPEAL _____ whose name is subscribed to the certificate of the proof or acknowledgment of the annexed instrument and thereon written was, at the time of taking such proof and acknowledgment, a NOTARY PUBLIC, in and for the said County, residing therein, duly commissioned and sworn, and authorized by the laws of said state to take the acknowledgments and proofs of deeds and conveyances, for land, tenements or hereditaments in said State, to be recorded therein. And further that I am well acquainted with the handwriting of such NOTARY PUBLIC and verily believe that the signature to said certificate of proof or acknowledgment is genuine.

I further certify that the said commission is dated _____ March 17, 2006 _____ and that the date of the expiration of said commission is _____ December 31, 2012 _____ .

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said court and county, the _____ 31st _____ day of _____ October _____, 20 11 .

_____ **Clerk**

_____ **Deputy Clerk**

CCLK-05   4/25/2008

*2/10*

**STATE OF MICHIGAN**
**COUNTY OF BERRIEN** } SS

I, M. LOUISE STINE, Clerk of the County of Berrien, Clerk of the Circuit Court of said County, the same being a Court of Record and having a seal, do hereby certify that I have compared the below copy with the record thereof now remaining in my office and have found it to be a true copy.

IN TESTIMONY WHEREOF, I have hereunto set my hand and have affixed the Seal of said Circuit Court at St. Joseph, this _26th_ day of _October_ , A.D. 20_11_ .

_____
**M. LOUISE STINE**
**COUNTY CLERK**

_Gail Harmon_
**DEPUTY CLERK**

---

REGISTER OF DEEDS-DEPUTY

KARI CARTER

OATH OF OFFICE

2009-70

2 JAN -5 AM 9: 39

BERRIEN COUNTY CLERK

---

# OFFICIAL OATH OF OFFICE

**STATE OF MICHIGAN,**
**County of Berrien**

I do solemnly swear (or affirm) that I will support the Constitution of the United States, and the Constitution of this State, and that I will faithfully discharge the duties of the office of Register of Deeds in and for the State of Michigan and the County of Berrien, according to the best of my ability.

_Kari Carter_
**Kari Carter**

Term of Office: Expiring: December 31, 2012

Subscribed and sworn to before me, this _2nd_ day of _January_ , _2009_ .

_Lori D. Jarvis_
Lori D. Jarvis, Berrien County Register of Deeds
Berrien County, Michigan

CERTIFICATION DOES NOT REFLECT
POSSIBLE HOMESTEAD DENIAL.

Lori J. Jarvis Register Of Deeds
Berrien County, Michigan

Rec    $10.00
Remon   $4.00          Recorded
Tax Crt $1.00     September 16, 2009   04:04:34 PM
                  Liber 2898 Page 498-498
                  Receipt # 32234  W DEED #2009024464

Liber 2898 Page 498

I HEREBY CERTIFY, That there are no Tax Liens or Titles held by the State or any Individual against the within described tract and all Taxes on same are paid for five years previous on the date of this instrument, as appears by the records in my office. This certificate does not apply on taxes, if any, now in process of collection Also except, Deferred Special Assessments, if any, under Act No. 225, Public Apts of 1976, as amended, and any Specific Tax. (I.E. Enterprise Zone)     Date SEP 1 6 2009

Britt Watkowski
Berrien County Treasurer          No. 6283 7

---

WARRANTY DEED                          STATUTORY FORM FOR INDIVIDUALS

## This Indenture,

KNOW ALL MEN BY THESE PRESENTS THAT: GRANTORS,     Dated this day of:
LAWRENCE J. LYNCH & VIOLET J. LYNCH, husband and wife whose    11-30-06
address is 1312 W. Water St., New Buffalo, Mi. 49117

Convey(s) and Warrant(s) To: GRANTEE, MICHAEL LYNCH whose address is 19409
                             W. U.S. 12, New Buffalo, Mi. 49117

for the sum of

($10.00

the following described premises situated in the State of __Michigan__,
County of __Berrien__

All that part of the Northeast Quarter of fractional Section 19, Township
8 South, Range 21 West, New Buffalo Township, Berrien County, Michigan,
which is described as commencing at a point on the Southeasterly right-
of-way line of the Michigan Central Railroad Company that is 555.3 feet
North and North 45° 30' East 1942 feet of the center of said Section; thence
South 43° 25' East 104 feet to the place of beginning of the land herein
described; thence North 45° 30' East 44 feet; thence South 43° 25' East
150 feet; thence South 45° 30' West 44 feet; thence North 43° 25' West 150.
feet to the place of beginning.

Signed and Sealed

_Lawrence J. Lynch_
LAWRENCE J. LYNCH

_Violet J. Lynch_
VIOLET J. LYNCH

STATE OF __Michigan__ COUNTY OF __Berrien__

The foregoing instrument was acknowledged before me on ~~date~~ November 30, 2006
By: _Lawrence J. Lynch_
    _Violet Lynch_

_Traci E. Steder_
Notary Signature
NOTARY PUBLIC __Berrien__ COUNTY, MICHIGAN
MY COMMISSION EXPIRES: March 2 2008

PREPARED BY:
Lawrence J. Lynch
1312 W. Water St.
New Buffalo, Mi. 49117

TRACI E. STEDER
Notary Public, Berrien County, Michigan
My Commission Expires Mar. 2, 2008

WHEN RECORDED RETURN TO

Michael Lynch
19409 W. U.S. 12
New Buffalo, Mi. 49117

STATE OF MICHIGAN  }  I, Lori D. Jarvis, Register of Deeds in and
COUNTY OF BERRIEN  }  for said county, do hereby certify that the
attached is a true and correct copy of the original thereof on record in
the Berrien County Register of Deeds office. Signed and sealed in
St. Joseph, MI this 26th day October, 20 11

Lori D. Jarvis, Berrien County Register of Deeds
By: _____ Deputy Register of Deeds

*Chicago Title* (left and right margins)

4/10

11-13-0019-0002-01-5 8028

*Genuine Copy*

Michael Patrick
New Buffalo township clerk



Document of __2__ page(s)
is recorded as:

2010 - 08 - 04 - 1

```
ROBERT C. "BOB" BALINK    El Paso County, CO
03/03/2009  03:51:29 PM
Doc  $0.00      Page
Rec  $11.00     1 of 2     209021980
```

Public Notice, with Affidavit, of Claimed *Nativity record*, to serve as verified identification of *Cheryl Marie*

---

### Nativity record of live-born child

with Affidavit of pictured Claimant: **Cheryl Marie**

To whom these presents shall come, be it known and remembered:

I, a Child of God recorded on the Tree of Life in the Kingdom of Heaven,
was witnessed by the Family of Man on this earth beginning in the Fifth month,
in the year of the Reign of Our Lord known as Nineteen-hundred Forty-eight;

I set foot on the land to this earth with hair of the color: Brown, and with eyes of the color: Blue;
I was the first-born daughter of my natural mother, Barbara Jean, of the family **Walters**, and
of my natural father, Milton Robert, of the family **Walters**, they being joined in marriage;
I was given, by them, the appellation: *Cheryl Marie,*
with duties under the Laws of God (the 'common law'), fully defended by God;

Arriving as a free-willed sentient dweller with right-of-soil in stewardship-absolute,
the vicinity of my nativity was the geophysical-surveyed land: The State of Michigan, a
Republic and common-law State to the perpetual Union: The United States of America.



Cheryl Marie

---

### *Affidavit: Claim of Nativity record, and stipulation as identification*

I, Cheryl Marie, being of the age of consent, with good standing in the Kingdom of Heaven,
and competent to make this Affidavit, affirm that all of the foregoing is true and correct
and in my best interest, and, now joined in marriage into the family: Lynch,  I hereby Claim

Page one of the two pages.

*Genuine Copy*

the foregoing *Nativity record,* on this Second day of March, in the year of the Reign of Our Lord known as Two Thousand Nine; I deny that there is any other record of my nativity, including but not limited to: 'Certificate of Live Birth', 'BIRTH CERTIFICATE', 'CERTIFICATION OF BIRTH', created by others, that I have ever willfully and voluntarily authorized to be created, or have Claimed, or which pertains to me in any way whatsoever;

### This verified Law document will additionally serve as Public Notice for any purpose necessitating written identification of Cheryl Marie;

Notice to the Principal is Notice to the Agent; Notice to the Agent is Notice to the Principal.

My use of a NOTARY Witness for attestation purposes does not convey jurisdiction to any foreign entity, or change my status or standing in Law.

Further this Affiant, as Claimant, saith naught.

I hereunto set my hand and seal.

*Cheryl Marie*

**Cheryl Marie**
Child of God, with all rights reserved,
exercised at will, and fully defended by God.

STATE OF MICHIGAN
COUNTY OF BERRIEN

On this ___2nd___ day of ___March___, 2009, before ME came Cheryl Marie, known to ME to be the woman described in and who freely executed the foregoing document, and who duly affirmed to ME that she executed the same for the purpose therein contained. IN WITNESS WHEREOF, I hereunto SET MY HAND and OFFICIAL SEAL.

___Vania J. DePeal___, NOTARY Witness.

County of MY Commission: ___Berrien___.

MY Commission Expires: ___12/31/2012___.

Prepared by, and after recording, return in the provided-envelope to:
Cheryl Marie
19409 West U.S. 12
New Buffalo, Michigan [49117]
[269-469-9100]

Page two of the two pages.

6/10

Michael Patrick
New Buffalo township clerk

*Genuine Copy*

New Buffalo
lawful
seal
Township

Document of __2__ page(s)
is recorded as:

*2010-08-04-2*

ROBERT C. "BOB" BALINK    El Paso County, CO
03/03/2009  03:51:29 PM
Doc  $0.00      Page
Rec  $11.00    1 of 2    209021981

Public Notice, with Affidavit, of Claimed *Nativity record*, to serve as verified identification of Michael Patrick

---

## Nativity record of live-born child

with Affidavit of pictured Claimant: **Michael Patrick**

To whom these presents shall come, be it known and remembered:

I, a Child of God recorded on the Tree of Life in the Kingdom of Heaven,
was witnessed by the Family of Man on this earth beginning in the Ninth month,
in the year of the Reign of Our Lord known as Nineteen-hundred Sixty-four;

I set foot on the land to this earth with hair of the color: Brown, and with eyes of the color: Blue;
I was the first-born son of my natural mother, Violet Joan, of the family Lynch, and
of my natural father, Lawrence James, of the family Lynch, they being joined in marriage;
I was given, by them, the appellation: *Michael Patrick,*
with duties under the Laws of God (the 'common law'), fully defended by God;

Arriving as a free-willed sentient dweller with right-of-soil in stewardship-absolute,
the vicinity of my nativity was the geophysical-surveyed land: The State of Illinois, a
Republic and common-law State to the perpetual Union: The United States of America.



Michael Patrick

## *Affidavit: Claim of Nativity record, and stipulation as identification*

I, Michael Patrick, being of the age of consent, with good standing in the Kingdom of
Heaven, and competent to make this Affidavit, affirm that all of the foregoing is true and
correct and in my best interest, and I hereby Claim the foregoing *Nativity record,* on this

*Genuine Copy*

Second day of March, in the year of the Reign of Our Lord known as Two Thousand Nine; I deny that there is any other record of my nativity, including but not limited to: 'Certificate of Live Birth', 'BIRTH CERTIFICATE', 'CERTIFICATION OF BIRTH', created by others, that I have ever willfully and voluntarily authorized to be created, or have Claimed, or which pertains to me in any way whatsoever;

### This verified Law document will additionally serve as Public Notice for any purpose necessitating written identification of Michael Patrick;

Notice to the Principal is Notice to the Agent; Notice to the Agent is Notice to the Principal.

My use of a NOTARY Witness for attestation purposes does not convey jurisdiction to any foreign entity, or change my status or standing in Law.

Further this Affiant, as Claimant, saith naught.

I hereunto set my hand and seal.

*Michael Patrick*

Michael Patrick
Child of God, with all rights reserved,
exercised at will, and fully defended by God.

STATE OF MICHIGAN
COUNTY OF BERRIEN

On this _2nd_ day of _March_, 2009, before ME came Michael Patrick, known to ME to be the man described in and who freely executed the foregoing document, and who duly affirmed to ME that he executed the same for the purpose therein contained. IN WITNESS WHEREOF, I hereunto SET MY HAND and OFFICIAL SEAL.

_____, NOTARY Witness.

County of MY Commission: _Berrien_.

MY Commission Expires: _12/31/2012_.

Prepared by, and after recording, return in the provided-envelope to:
Michael Patrick
19409 West U.S. 12
New Buffalo, Michigan [49117]
[269-469-9100]

Page two of the two pages.

8/10

*Genuine Copy*

Cheryl Marie, family of LYNCH
Peaceable Woods, Rural Route 1
New Buffalo, Michigan

### Affidavit of truth: true trust standing

I hereby solemnly state that, I am servant of the most-high God of Abraham and I became faithful in the same faith of Jesus CHRIST of Nazareth, found in the Holy Bible – Library of Congress incun. 1454.b5 un-copyrighted Gutenberg Bible. After careful consideration and years of research I believe that my faith opens the door to a higher trust and interactive relationship in the universe where I may, by my own informed choosing, accept Election into a higher order of administration best understood as *The Elect*. Of course by plain English, this means that only God chooses those who are Elected in the same manner as the Order of Melchizedek and Jerusalem.

In that truth, I hereby record notice given to the POSTMASTER of the UNITED STATES POSTAL SERVICE accordingly. I affirm that the following is a correct copy of the additional authenticated original that I mailed from the Harbert Post Office, Michigan, on July 27th, 2011 C.E., in Witness of the most-high God of Abraham. Note: My use of a Notary does not cause my entry into a foreign trust jurisdiction; all fees are paid by me in already redeemed lawful money of exchange, per 12 USC 411.

Authentication: *Cheryl Marie*

---

**OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER**

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

**OFFICIAL USE ONLY**
Zone/Route ID No.

1. Change of Address for: (Read Attached Instructions)
X Individual (#5)  Entire Family (#5)  Business (#6)
2. Is This Move Temporary?  Yes  X No

Date Entered on Form 3982
M M  D D  Y Y

3. Start Date: (ex. 02/27/11)  *07  25 11*
4. If TEMPORARY move, print date to discontinue forwarding. (ex. 03/27/11)

Expiration Date
M M  D D  Y Y

5a. ~~LAST~~ Name & Jr/Sr/etc.  *Cheryl  Marie: N  family  LYNCH*
5b. ~~FIRST~~ Name and MI

Clerk/Carrier Endorsement

6. If BUSINESS Move, Print Business Name  *For the record: The undersigned acquiesces to no trust jurisdiction other than the jurisdiction of Almighty God, the most high God of Abraham, in the faith of Jesus CHRIST of*

7a. OLD Mailing Address  *Nazareth, found in the Holy Bible – Library of Congress incun. 1454.b5 uncopyrighted Gutenberg Bible.*

7a. OLD APT or Suite

7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY

7d. State  7e. ZIP

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address  *RRI  or  19409  W  US  12. [same Box* use *]*

8a. NEW APT/Ste or PMB

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY  *New  Buffalo*
8d. State *Mich.*  8e. ZIP *49117*

**OFFICIAL USE ONLY**

9. Print and Sign Name (see conditions on reverse).  Print: *Cheryl Marie: LYNCH*
Sign: *Cheryl Marie, ... LYNCH*
10. Date Signed: (ex. 01/27/11)  *07 25 11*

PS FORM 3575 JULY 2011  Visit usps.com to change your address online or call 1-800-ASK-USPS (1-800-275-8777)  7118

---

STATE OF MICHIGAN
COUNTY OF BERRIEN

Executed and Affirmed before me as her free act and deed, by the woman known to me to be Cheryl Marie, on the *1st* day of the *8th* month in the year of our Lord Jesus CHRIST of Nazareth two-thousand and eleven (August 1, 2011 C.E.);

*David J. DeReal, Notary*

County of My Commission: *Berrien*  My Commission Expires: *12/31/2012*

9/10

Cheryl Marie, family of LYNCH
Peaceable Woods, Rural Route 1
New Buffalo, Michigan

*Second original.*
*Genuine Copy.*

**Affidavit of truth: true trust standing**

I, Cheryl Marie, hereby solemnly state that Michael Patrick, my lawful husband, solemnly declared to me that he executed the original of the document here below, being a true copy thereof, as his free act and for the purpose truthfully stated therein by Witness of the ever-living God of Abraham.

I further state that I have caused the original authenticated document to be mailed from the New Buffalo Post Office, on the _nineteenth_ day of the eighth month in the year of our Lord CHRIST of Nazareth two-thousand and eleven, to the POSTMASTER of the UNITED STATES POSTAL SERVICE. Witness my hand and seal below in affirmation that the foregoing is the truth, so help me God.

Note: My use of a Notary does not cause my entry into a foreign trust jurisdiction; all fees are paid by me in already redeemed lawful money of exchange per 12USC411.

Authentication: *Cheryl Marie*

| OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER | OFFICIAL USE ONLY |
|---|---|

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

Zone/Route ID No.

**1. Change of Address for:** (Read Attached Instructions)   X Individual (#5)   Entire Family (#5)   Business (#6)   **2. Is This Move Temporary?**   Yes   X No

Date Entered on Form 3982   M M   D D   Y Y

**3. Start Date:** (ex. 02/27/11)   072511   **4.** If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/11)

Expiration Date   M M   D D   Y Y

**5a. LAST Name & Jr/Sr/etc.**   *Michael Patrick: family of LYNCH*

**5b. FIRST Name and MI**

Clerk/Carrier Endorsement

**6. IF BUSINESS Move, Print Business Name**   *For the record: The undersigned acquiesces to no trust jurisdiction other than the jurisdiction of Almighty God, the most high God of Abraham, in the faith of Jesus CHRIST of Nazareth, found in the Holy Bible — Library of Congress in cun. 1454.65 un-copyrighted Gutenberg Bible.*

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

**7a. OLD Mailing Address**

**7a. OLD APT or Suite**   **7b.** For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

**7c. OLD CITY**   **7d.** State   **7e.** ZIP

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

**8a. NEW Mailing Address**   *RR1 or 19409 W. U.S. 12 [Deliv. agents use same box]*

**8a. NEW APT/Ste or PMB**   **8b.** For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

**8c. NEW CITY**   *New Buffalo*   **8d.** State *Mich.*   **8e.** ZIP *[49117]*   OFFICIAL USE ONLY

**9.** Print and Sign Name (see conditions on reverse)   Print: *Michael Patrick: family LYNCH*   Sign: *Michael Patrick... Lynch* (ex. 01/27/11)   **10.** Date Signed: *08/01/11*

PS FORM 3575 JULY 2011   Visit usps.com to change your address online or call 1-800-ASK-USPS (1-800-275-8777)   711B

STATE OF MICHIGAN
COUNTY OF BERRIEN

Executed and Affirmed before me as her free act and deed, by the woman known to me to be Cheryl Marie, on the _19th_ day of the _8th_ month in the year of our Lord Jesus CHRIST of Nazareth two-thousand and eleven;

*Laura J. DeReal*

County of My Commission: _12/31/2012_  *Berrien*   My Commission Expires: _12/31/2012_

*10/10*