12/9/13 Gmail - (no subject)



Michael Patrick and Cheryl Marie <mpandcm@gmail.com>

**(no subject)**
1 message

*Exhibit C*

mpandcm@gmail.com <mpandcm@gmail.com> Mon, Dec 9, 2013 at 11:40 AM
To: bwitkows@berriencounty.org

Final Notice to the Trustee as to required Abatement of Property Tax to settle the Trusts

To: Bret Witkowski,

We, Michael Patrick and Cheryl Marie, issue this communication to confirm your receipt in-hand of a supplemental document issued by us, served by Cheryl Marie upon your duty of Office on Thursday, December 5th, with header: *Public Trust relationships* with an accompanying chart showing said relationships. We pray, from your reading of that document, you have gained knowledge sufficient to overcome the social-conditioning that has possibly prevented you from understanding that you do hold the official role of Trustee tasked to restrain commercial-trespass action (taxation) as dutiful protection of our ministry use-right in certain land/soil. You hold the authenticated evidence of our living will and works as the land stewards.

This communication also respectfully informs you, the Trustee, as our act of courtesy, that on Friday (the 6th) we took temporary protective-custody of two more inert (=unsigned) notices that appear to have been computer-generated, addressed to the Trusts (LYNCH, CHERYL M and the LYNCH MICHAEL). As notice to you or for any other affected officer, we hereby clarify that no officer may presume that we are 'served' in a legal sense by our having taken temporary custody of the physical papers. Because we are aware of the confusion about the jurisdictional foundation as to your Trust responsibilities pertaining to our qualified estate, we self-responsibly took temporary custody of what we suspected were additional auto-generated notices per some procedural requirement by which your Office typically acquires proof of service of process (i.e. certified notice / 3rd notice) for arraignment purposes. Likewise, no previous action-in-assumpsit auto-generated by computer or done by an uninformed municipal officer's inert deed performed under corporate by-laws has ever established any encumbrance upon our ministry-use in land (nor could it). The record shows that we have always timely issued clarifying return-notice as to such undertaking(s) having been done in error.

For your records, we are attaching to this communication the USPS scan of the restricted-authorization under which we took temporary protective-custody of these latest envelopes. For your edification, the words written thereupon by Michael Patrick in capacity of minister of God (resident in God), mean that we remain without acceptance of the papers in any accommodating 'legal' capacity (i.e. sureties) as to the words upon the papers. Our restricted-authorization records our court-admissible testimony, willfully and voluntarily given under the hand of a living man and done in behalf of a living woman, in the physical witness of an officer of the U.S. Post Office. You may make a use of this scan for presenting to any affected officer in the County in support of the taxation Abatement (discharge, set-off, dismissal or whatever) that you are required to perform as the Trustee for settling said two Trust accounts.

1/7

12/9/13                               Gmail - (no subject)

To reiterate, it should be patently clear to you by now that we are without trustee-obligation, shall not trespass on the office of trustee of this taxation matter, and may not be compelled or coerced (=threatened) to 'appear for a public show cause Hearing'. Our interests are without situation in the public venue for public use; we privately express all of our energy for church (=humanity's) increase (=benefit). We are wholly without 'legal affairs' to handle. We responsibly handle our private affairs in private. You, as a man and as a Trust officer, have already literally heard our voice, in open court. The competent court of record that we maintain is always open. The written and voiced record of our contract-standing and land-use claim fulfills the law of the land. Anyone who claims otherwise has an incomplete comprehension of law. Our continuous-ministry use in land is Excepted (not exempted) from taxation, as continuous charitable use. The land is redeemed from the DEAD by the quickened. Our hands and word bond the will of our living estate and our documentary issuances, under vow and protection of covenant-trust in God's law-order.

In regard to your performance of your Office function, since there is no witnessed and supported living-man-signed affidavit of claim given under full liability expressing on the record that we are the sureties with tax liability in Commerce, you have all the documentation that is required for you to go pray to an administrative-judge in your corporation's court to witness the record and provide you with some sort of order restraining taxation upon our interests if such legal JUDGMENT & ORDER is what your Office requires for providing service to us. If there is anything else we can supply to you in aid of your action to protect our interests, it is your duty to specifically and privately instruct us; we are without duty to continue to guess what you need. <u>The law commands that we receive timely Relief from the threat of theft of our ministry use-right in land, as consideration for all of our energy being motioned for the public increase.</u>

We are honorably returning the two above-referenced computer-generated notices and envelopes back to your Office, via first-class mail. Since we are not the creators or co-creators, we are without authority to dispose of them. It is of no consequence to our interests if our envelope liveried to your attention from our venue to the Berrien County Admin Building (commercial venue) is accepted or refused at the receiving end. We shall authenticate and seal a hard-copy of this emailed communication and also enclose that in the envelope we are directing to your Office. Your receipt of this email sent to your published address establishes proof of service upon your duties of Office.

<u>This taxation matter is currently in want of a trustee. We now look forward to receiving timely notification from you that a trustee has taken responsible action. You have only three options open to you in settlement (or movement) of this Trust matter. Time is of the essence, as your inaction to-date is causing us loss of our inherent and societal right of enjoying peace-of-mind. Notify us that you have either:</u>

(1) paid the tax from your own assets, or,

(2) produced an affidavit of a living-man's claim as noted above, verifying that the evidence you are relying on is correct, or,

(3) performed Abatement as the official Trustee.

Authentication:

In capacity as minister of God, absent accommodation and without recourse: by: Cheryl Marie,* family LYNCH.

In capacity as minister of God, absent accommodation and without recourse: by: Michael Patrick,* family LYNCH.

📄 **92148901066154000025140947.pdf**
16K

\* Witness the hands on the back-side hereof.

3/7

In ministerial capacity under covenant-trust in the Creator Of All There Is, and, without capacity of a U.S. Person, and, without trust in or liability assumed for any U.S. Person(s), including and non-limited to UNITED NATIONS, UNITED STATES, STATE OF MICHIGAN, COUNTY OF BERRIEN, TOWNSHIP OF NEW BUFFALO and the FEDERAL RESERVE SYSTEM and their persons (artificial or otherwise), and, without warranty or accommodation, and without grant of power-of-attorney to any person (artificial or otherwise), and without recourse, and without prejudice, and without intent of trespass, and, by living in the service of the Creator's Peace with my neighbors, I am Michael Patrick, and, I am Cheryl Marie, of the family LYNCH, and, my yes be yes and my no be no:

Autograph: *Michael Patrick* :covenant-seal:

Autograph: *Cheryl Marie* :covenant-seal:


**UNITED STATES POSTAL SERVICE**

Date: December 6, 2013

Michael Patrick:

The following is in response to your December 5, 2013 request for delivery information on your Certified Mail™/RRE item number 9214890106615400002514 0947. The delivery record shows that this item was delivered on December 6, 2013 at 10:35 am in NEW BUFFALO, MI 49117. The scanned image of the recipient information is provided below.

Signature of Recipient :   *Authorization Absent Accommodate by minister of God Michael Patrick Seal. "Rural Route one New Buffalo Township Abutting" 19409 US 12*

Address of Recipient :   *Rural Route one New Buffalo Township Abutting: 19409 US 12 New Buffalo*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

5/7

We will redeliver OR you or your agent can pick up your mail at the Post Office. (Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):

1.  a. Check all that apply in section 3;
    b. Sign in section 2 below;
    c. Leave this notice where the carrier can see it.

NEW BUFFALO POST OFFICE
325 W BUFFALO ST
NEW BUFFALO, MI 49117-9998
269-469-3200 M-F 9-5 SAT 9-12
www.usps.com/redelivery or 800-ASK-USPS (275-8777)

2. Sign Here to authorize redelivery or to authorize an agent to sign for you:

**Delivery Section**

Signature: Authorization, absent accommodation:
X by Minister of God: Michael Patrick, seal.

3. ☐ Redeliver (Enter day of week.)

Printed Name: See above: Michael Patrick seal.

(Allow at least two delivery days for redelivery, or go to usps.com/redelivery or call 800-275-8777 to arrange redelivery.)

Delivery Address: Rural Route 1, New Buffalo township 19409 US 12 Abutting

☐ Leave item at my address

(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)

USPS

☐ Refused  ☐ Forward  ☐ Return

PS Form **3849**, September 2009 (Reverse)

5293 0427 5816 2541

---

United States Postal Service®
**Sorry We Missed You! We Redeliver for You**
Item is at:
— Post Office™ (See back)

Today's Date: 12-5
Available for Pick-up After
Date: FRI   Time: 9 to 5

Sender's Name: Bernien County Treasurer

For Redelivery Go to usps.com/redelivery or see reverse

X Letter  (2)
— Large envelope, magazine, catalog, etc.
— Parcel
— Restricted Delivery
— Perishable Item
— Other:

**For Delivery:** (Enter total number of items delivered by service type.)
**For Notice Left:** (Check applicable item)
— Express Mail®
X Certified Mail™ (Must claim within 15 days or article will be returned)
— Firm Bill
— Registered Mail™
— Insured Mail
— Return Receipt for Merchandise
— Delivery Confirmation™
— Signature Confirmation™

☐ If checked, you or your agent must be present at time of delivery to sign for Item.

Article Number(s):
9214 8901 0061 5400 0025 1409 54
9214 8901 0061 5400 0025 1409 47

**Notice Left Section**
Customer Name and Address
Cheryl/Michael Lynch
19409 US 12

Article Requiring Payment   Amount Due
☐ Postage Due  ☐ COD  ☐ Customs  $

Delivered By and Date

☐ **Final Notice:** Article will be returned to sender on

PS Form **3849**, September 2009      usps.com      Delivery Notice/Reminder/Receipt

6/7

