UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL MARIE, et al.,

        Plaintiffs,                      Case No. 1:16−cv−00282−RJJ−PJG

v.                                    Hon. Robert J. Jonker

BRET WITKOWSKI,

        Defendant.
_____/

## ORDER REJECTING PLEADING

        The Court has examined the following document(s) received April 8, 2016 and orders the Clerk to reject the Notice With Claim to Court and Clerk as to Assigned Article III Judge; Contractual−Directive to Assign an Article III Presiding Judge; Description of Documents and return the document(s) to Cheryl Marie and Michael Patrick for the reason(s) noted below:

        Pursuant to the Order entered April 5, 2016, this case is now closed.

        IT IS SO ORDERED.

Dated:  April 8, 2016                        /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  U.S. Magistrate Judge